UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                     CASE NO. 13 B 38141
                                                           CHAPTER 13
Edward Laddie Holan
Joanne Ruth Uhlenberg                                      JUDGE CAROL A DOYLE

        DEBTORS                                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  CALIBER HOME LOANS

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8 | 4 | XXXXXX3317 | $3,907.68 | $3,907.68 | $3,907.68 |
| Total Amount Paid by Trustee | | | | | $3,907.68 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-38141-CAD

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 27th day of September, 2018.

| | |
|---|---|
| Debtor:<br>Edward Laddie Holan<br>Joanne Ruth Uhlenberg<br>3909 W 70th Place<br>Chicago, IL  60629 | Attorney:<br>GERACI LAW LLC<br>55 E MONROE # 3400<br>CHICAGO, IL  60603<br>via Clerk's ECF noticing procedures |
| Creditor:<br>CALIBER HOME LOANS<br>13801 WIRELESS WAY<br>PO BOX 24330<br>OKLAHOMA CITY, OK  73124-0330 | Mortgage Creditor:<br>PIERCE & ASSOC<br>1 N DEARBORN # 1300<br>CHICAGO, IL  60602 |
| Creditor:<br>WELLS FARGO FINANCIAL ILLINOIS<br>PO BOX 10317<br>DES MOINES, IA  50306 | Mortgage Creditor:<br>MCCALLA RAYMER PIERCE LLC<br>1 N DEARBORN ST STE 1300<br>CHICAGO, IL  60602 |
| Mortgage Creditor:<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS, OH  43216-5028 | Mortgage Creditor:<br>HEAVNER BEYERS & MIHLAR LLC<br>111 EAST MAIN ST<br>DECATUR, IL  62525 |

ELECTRONIC SERVICE - United States Trustee

| | |
|---|---|
| Date:  September 27, 2018 | /s/ TOM VAUGHN<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE<br>55 E. MONROE STREET, SUITE 3850<br>CHICAGO, IL  60603 |